IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAHID MAHMOOD, ASIF MAHMOOD, ANJUM SABA, ABDULLAH KHAN WARRIACH MAHMOOD, RABIA WARRIACH MAHMOOD, ALEENA WARRIACH MAHMOOD, SAMIULLAH WARRIAH MAHMOOD, ZAHID MAHMOOD MAHMOOD, NARGIS SHAHZADA MAHMOOD, SAAD MEHMOOD MAHMOOD, WAHAB AHMAD MAHMOOD, AYESHA ZAHID MAHMOOD, WALEED HASSAN MAHMOOD, SAMIA ASHRAF, MAHBOOB AHMED, SAFIULLAH MAHBOOB, UMME ROMAAN MAHBOOB, ANNA MAHBOOB | : : : : : : : : : : : : : : : : : | CIVIL ACTION |
| v. | : : | NO. 23-1596 |
| ANTHONY BLINKEN, ALEJANDRO MAYORKAS, and JULIE STUFFT | : : | |

# ORDER

**AND NOW**, this 28th day of September 2023, upon considering Defendants' Motion to dismiss (ECF No. 13), Plaintiffs' Response (ECF No. 16), Defendants' Reply (ECF No. 17), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF No. 13) is **GRANTED in part** and **DENIED in part** requiring we:

1. **Dismiss** all claims against Director Ur. M. Jaddou for lack of standing with prejudice and **amend** the caption as above removing the Director from the case;

2. **Dismiss** claims based on unlawful agency action, challenges to the application of federal law, alleged Constitutional harm, and for mandamus; and,

2

3. Permit the parties to proceed into discovery on the claim of unreasonable delay under the Administrative Procedure Act requiring Secretary Blinken, Secretary Mayorkas, and Assistant Secretary Stufft answer the claim of unreasonable delay under the Administrative Procedure Act by no later than **October 12, 2023.**

_____
KEARNEY, J.